**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-2227**

───────────────

DEWAYNE BAKER, a/k/a Dwayne Baker,

   Plaintiff - Appellant,

   v.

IVAN T. GILMORE, Warden; A. HICKS, Assistant Warden; K. H. TUCKER, Institutional Ombudsman; MARTIN T. BRYANT, Major; S. L. STULL, Correctional Officer; S. P. NEARY, Correctional Officer; J. A. ALAS-HENRIQUEZ, Correctional Officer; E. EMBREY, Correctional Officer; BARBARA JENKINS, Correctional Officer; JOSUE HUERTAS, Correctional Officer; H. JERNIGAN, Correctional Officer; WASHINGTON, Correctional Officer; A. KENNEY, Correctional Officer; K. STIDHAM, Correctional Officer; M. L. OLIVA, Correctional Officer; E. D. SALES, Institutional Property Officer; N. JOHNSON, Correctional Officer; T. L. POLLARD; GHASHEMPOUR, Special Housing Unit-Officer days; RALLS, Correctional Officer; MITCHELL, Correctional Officer (C. Mitchell's husband); HYLTON, Correctional Officer; SHIFLETT, Transportation Officer; ROBERTSON, Transportation Officer; GEORGE HINKLE, Regional Operations Chief of the Central Region; JANE DOE; R. GALLAGER, Lieutenant; B. BARBARA, Lieutenant; H. C. NIBBLINS, Lieutenant; M. S. MILLER, Lieutenant; S. W. ROGERS, Lieutenant; E. M. MARTIN, Lieutenant; P. E. HARRIS, Lieutenant; E. J. MULLINS, Alternate Hearings Officer; M. W. BRICE; T. L. CRICKENBERGER; JANE DOE, Lieutenant; STETVEN A. JONES, Captain; B. J. SETTLE, Captain; P. E. HIBBS, Captain; C. A. WARD, Captain; DOUGLAS GOURDINE, Institutional Program Manager; A. B. LONG, Unit Manager; LAWRENCE JONES, Unit Manager; DENISE HILLIAN, Unit Manager; SOWELL, Counselor; KIM SOUTTER, Americans with Disabilities Act Coordinator; C. LAWSON, Operation PST; S. COOPER, Law Librarian; DALE MORENO, Medical Contractor Mediko employee; DR. GUJRAL, Medical Contractor Mediko employee; P. TATRO, Health Services Authority; DR. MAYER, Director of Nursing; C. MITCHELL, Clerical; A. M. COLE, Clerical; BENTLEY, LPN; JEFFERIES, LPN; WARREN, RN; WYLES, RN; D. CONGER, LPN; BALDWIN, LPN; BAILEY, LPN; JOHN DOE, Medical Contractor Mediko employee; JANE DOE, Medical Contractor Mediko employee;

J. MOUBRAY, Accounting Employee; JULIA FABIAN, Special Housing Unit Counselor; SERGEANT R. A. LEWIS; SERGEANT DEAN WALLER; SERGEANT SACRA; J. L. MULLINS; SERGEANT BIRDSALL; SERGEANT T. J. BUTLER; SERGEANT GILLIES; SERGEANT T. H. WILLIAMSON; SERGEANT JANE DOE; LIEUTENANT JOHN DOE,

                Defendants - Appellees,

     and

COFFEEWOOD CORRECTIONAL CENTER; T. HARVEY, Regional Ombudsman Central Region; MARCUS M. HODGES, Regional Administrator Central Region; KAREN STAPLETON; ERMA LOCUST, Ombudsman Manager; GAIL R. JONES, Central Classification Services Reviewer; HAROLD W. CLARKE, Director; SERGEANT INSTITUTIONAL INVESTIGATOR,

                Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:18-cv-00382-TTC-RSB)

---

Submitted:  July 20, 2023                    Decided:  July 24, 2023

---

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

DeWayne Baker, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

DeWayne Baker appeals the district court's order denying Baker's motion to reopen his 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Baker v. Gilmore*, No. 7:18-cv-00382-TTC-RSB (W.D. Va. Sept. 27, 2021).  Baker's motion for appointment of counsel is denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*